IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01230-WYD-MEH

YANNI KALASOUNTAS,

     Plaintiff,

v.

ASPEN SUN HOLDINGS I, INC. D/B/A/ ASPEN SUN FINANCIAL;
ASPEN SUN HOLDINGS II, INC. D/B/A ASPEN ACCEPTANCE; and
AT THE BEACH, INC.,

     Defendants.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Parties' Stipulation of Dismissal with Prejudice filed December 15, 2011.  After a careful review of the Stipulation and the file, it is

ORDERED that the Parties' Stipulation of Dismissal with Prejudice (ECF No. 26) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to pay his or its own costs and attorney's fees.

Dated:  December 30, 2011

               BY THE COURT:


               s/ Wiley Y. Daniel_____
               Wiley Y. Daniel
               Chief United States District Judge